UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 12 B 21277 |
| NICK D. STAMATAKOS, ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before October 18, 2013, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. Each party's list of witnesses with any objections noted, stating grounds;
2. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at the evidentiary hearing. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

An evidentiary hearing on the objection of David Leibowitz, Trustee, to claim #12 filed by Demetre Stamatakos is set for October 22, 2013 at 1:00 p.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

ENTER:

Dated: October 2, 2013

Carol A. Doyle
United States Bankruptcy Judge