# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  §  Case No. 12-21277-CAD
  §
NICK D STAMATAKOS  §
  §
  §
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m.  on 12/12/2013, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/19/2013                         By:  /s/ David P. Leibowitz
                                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21277-CAD |
| | § | |
| NICK D STAMATAKOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $86,000.00
*and approved disbursements of* $277.32
*leaving a balance on hand of[1]:* $85,722.68

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $85,722.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $7,550.00 | $0.00 | $7,550.00 |
| David P. Leibowitz, Trustee Expenses | $8.40 | $0.00 | $8.40 |
| Lakelaw, Attorney for Trustee Fees | $11,847.50 | $0.00 | $11,847.50 |
| Lakelaw, Attorney for Trustee Expenses | $13.52 | $0.00 | $13.52 |

Total to be paid for chapter 7 administrative expenses: $19,419.42
Remaining balance: $66,303.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $66,303.26 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,023.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $13,635.12 | $0.00 | $13,635.12 |
| 9 | Illinois Department of Employment Security | $388.23 | $0.00 | $388.23 |

|  | Total to be paid to priority claims: | $14,023.35 |
|---|---|---|
|  | Remaining balance: | $52,279.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $303,454.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Commerce Bank | $13,316.41 | $0.00 | $2,294.17 |
| 3 | Muzak LLC | $308.25 | $0.00 | $53.11 |
| 4 | Elan Financial Services as servicer for Bank Financial | $10,171.81 | $0.00 | $1,752.42 |
| 5 | FIA CARD SERVICES, N.A./Bank of America NA | $5,961.30 | $0.00 | $1,027.03 |
| 6 | Michele Baking Company | $1,275.10 | $0.00 | $219.68 |
| 7 | Capital One Bank (USA), N.A. | $7,335.17 | $0.00 | $1,263.72 |
| 8 | American Express Bank, FSB | $10,291.42 | $0.00 | $1,773.03 |
| 10 | PYOD, LLC its successors and | $25,000.56 | $0.00 | $4,307.16 |

UST Form 101-7-NFR (10/1/2010)

|  |  |  |  |  |
|---|---|---:|---:|---:|
|  | assigns as assignee of Citibank |  |  |  |
| 11 | PYOD, LLC its successors and assigns as assignee of Citibank | $7,982.72 | $0.00 | $1,375.28 |
| 12 | Demetre Stamatakos | $110,000.00 | $0.00 | $18,951.06 |
| 13 | 7130 W. 79th Street, LLC | $0.00 | $0.00 | $0.00 |
| 13-2 | 7130 W. 79th Street, LLC | $111,812.07 | $0.00 | $19,263.25 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $52,279.91 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Nick D Stamatakos  
    Debtor

Case No. 12-21277-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: wepps    Page 1 of 2    Date Rcvd: Nov 20, 2013  
                  Form ID: pdf006    Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2013.

```
db            +Nick D Stamatakos,    1329 E Michele Drive,    Palatine, IL 60074-5654
18954417      +7130 W 79th Street LLC,    2241 W. Howard St,    Chicago, IL 60645-1908
19364057      +7130 W. 79th Street, LLC,    c/o John Argianas,    2241 West Howard Street,
               Chicago, IL 60645-1908
18954421      +AND Exterminators,    137 East 154 st,    South Holland, IL 60473-1012
18954422       ASCAP,    21678 Network Place,    Chicago, IL 60673-1216
18954418      +All Precise Mike's HVAC/Refrigerati,    2617 W 43rd St,    Chicago, IL 60632-1217
18954420       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
19186577       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18954424       Automated Cleaning Services,    Div. of Foster & Sons,    7309 W. 90th St,
               Bridgeview, IL 60455-2119
18954425     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18954426       BankFinancial,    P.O. Box 790408,    Saint Louis, MO 63179-0408
18954427     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
20311683       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
18954428      +Carol Stamatakos,    185 B Brandon Court,    Palatine, IL 60067-3494
18954429      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18954430      +Chicagoland Pest Services, Inc,    P.O. Box 328,    South Holland, IL 60473-0328
18954431      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18954432       CitiBank,    P.O. Box 790110,    Saint Louis, MO 63179-0110
19918351       CitiBank, NA.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
18954434       Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
18954437      +D & S Meats, Inc,    4163 W. 166th St,    Oak Forest, IL 60452-4630
18954438      +DeLarosa,    7305 Ogden Ave.,    Lyons, IL 60534-1286
18954439      +Demetre Stamatakos,    5336 Brummel Street,    Skokie, IL 60077-2732
18954440       DirecTV, Inc,    Business Service Center,    P.O. Box 5392,    Miami, FL 33152-5392
19034676       Elan Financial Services as servicer for,    Bank Financial,    PO Box 5229,
               Cincinnati, OH 45201-5229
18954441      +George Tavoularis,    c/o Freeborn & Peters,    311 S. Wacker, #3000,    Chicago, IL 60606-6683
18954442      +Greco & Sons,    1550 Hecht Drive,    Bartlett, IL 60103-1697
19250336      +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18954443      +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
19685115       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
18954444       Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
18954446      +J.D.J. Resaurant, Inc.,    c/o Gerald Sramek, Barrett & Sramek,    6446 W. 127th St,
               Palos Heights, IL 60463-2248
18954447      +J.D.J. Restaurant, Inc,    12703 Deerwood Drive,    Palos Park, IL 60464-2166
18954448      +J.D.J. Restaurant, Inc.,    c/o Randy Spears,    2843 W 63rd St,    Chicago, IL 60629-2354
18954449      +John Argianas,    c/o Freeborn & Peters,    311 S. Wacker, #3000,    Chicago, IL 60606-6683
18954450      +Land & Lakes Disposal,    21900 S Central Ave.,    Matteson, IL 60443-2802
18954451       Mahoney Environmental,    37458 Eagle Way,    Chicago, IL 60678-1374
18954452      +Michele Baking Company,    3140 N. Mannheim Rd,    Franklin Park, IL 60131-2375
18954454      +Performance Chemical & Supply, Inc.,    18633 S. 81st Ave,    Tinley Park, IL 60487-6221
18954455      +Protection Plus Security Systems,    4139 W. 123rd St,    Alsip, IL 60803-1826
18954456      +South Stickney Sanitary District,    7801 Lavergne Ave.,    Burbank, IL 60459-1593
18954457      +Surplus Properties, Inc.,    c/o John Argianas,    2241 W. Howard St,    Chicago, IL 60645-1908
18954458      +Swanel, Inc.,    POB 1186,    Hammond, IN 46325-1186
18954459      +Sysco Foods Services,    250 Wieboldt Dr,    Des Plaines, IL 60016-3192
18954460       US Foodservice,    P.O. Box 98420,    Chicago, IL 60693-8420
18954461       US Foodservice,    c/o CST Co,    P.O. Box 33127,    Louisville, KY 40232-3127
18954462      +Wassup Xtra Magazine,    525 N. Halsted #107,    Chicago, IL 60642-6593
18954463       Wfnnb/Rmpl,    Attn: Customer Service Po Box 182273,    Columbus, OH 43218-2273
18954464      +Wolkin Law Group,    235 W. Giaconda Way,    Suite 217,    Tucson, AZ 85704-4343
18954465      +Zepole Supply,    506 N. Frontage Rd.,    Bolingbrook, IL 60440-3061
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18954423       E-mail/Text: g17768@att.com Nov 21 2013 01:18:16     AT&T,    P.O. Box 5080,
               Carol Stream, IL 60197-5080
18954419      +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2013 01:18:12     Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
19118730       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2013 01:28:19     Capital One Bank (USA), N.A.,
               by American InforSource LP agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
18954435       E-mail/Text: legalcollections@comed.com Nov 21 2013 01:20:16     ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
18992339       E-mail/Text: bankruptcy@commercebank.com Nov 21 2013 01:19:07     Commerce Bank,    P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
18954436      +E-mail/Text: bankruptcy@commercebank.com Nov 21 2013 01:19:07     Commerce Bk,    Po Box 411036,
               Kansas City, MO 64141-1036
```

```
District/off: 0752-1           User: wepps              Page 2 of 2            Date Rcvd: Nov 20, 2013
                               Form ID: pdf006          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18954445       E-mail/Text: cio.bncmail@irs.gov Nov 21 2013 01:18:33     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
18954453      +E-mail/Text: bridgetann_oxendine@muzak.com Nov 21 2013 01:18:10      Muzak LLC,
                C/O BridgetAnn Oxendine,    3318-Lakemont Blvd,    Fort Mill, SC 29708-8309
19343509      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2013 01:25:17
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19069674*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,     successor interest Bank of America NA,
               PO Box 15102,    Wilmington, DE 19886-5102)
18954433     ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2013 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Attorney    Lakelaw dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Elizabeth L Janczak    on behalf of Plaintiff    7130 W. 79th Street, LLC ejanczak@freeborn.com,
               bkdocketing@freeborn.com
              Justin R Storer    on behalf of Trustee David P Leibowitz, ESQ jstorer@lakelaw.com
              Mark Steven Wheeler    on behalf of Debtor Nick D Stamatakos mark@wheelerandpatel.com,
               dipali@wheelerandpatel.com
              Mark Steven Wheeler    on behalf of Defendant    Nick D. Stamatakos mark@wheelerandpatel.com,
               dipali@wheelerandpatel.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Lauter    on behalf of Plaintiff    7130 W. 79th Street, LLC rlauter@freeborn.com,
               bkdocketing@freeborn.com
              Timothy M Hughes    on behalf of Creditor Demetre  Stamatakos thughes@lavellelaw.com
              Timothy M Hughes    on behalf of Debtor Nick D Stamatakos thughes@lavellelaw.com
                                                                                             TOTAL: 11
```